**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEENAN RASHAWN COBB,<br><br>　　　　　Defendant. | 2:11-CR-201-RCJ (PAL) |

**ORDER OF FORFEITURE**

On July 15, 2011, defendant KEENAN RASHAWN COBB, pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Counts One and Two with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment. Docket #10, #20.

This Court finds that KEENAN RASHAWN COBB shall pay a criminal forfeiture money judgment of $2,136.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEENAN RASHAWN COBB a criminal forfeiture money judgment in the amount of $2,136.00 in United States Currency.

. . .

. . .

DATED this 26th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Proposed Order of Forfeiture on July 21, 2011, by the below identified method of service:

<u>E-mail/ECF</u>:

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
Counsel to the Defendant Keenan Rashawn Cobb

Brenda Weksler
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101-
Email: Karen_Brokaw@fd.org
Counsel to the Defendant Keenan Rashawn Cobb

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal