FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 - 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-201-RCJ (CWH) |
| KEENAN RASHAWN COBB, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

This Court found on July 26, 2011, that KEENAN RASHAWN COBB shall pay a criminal forfeiture money judgment of $2,136.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Docket #19, #20, #23.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from KEENAN RASHAWN COBB a criminal forfeiture money judgment in the amount of $2,136.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED this 2nd day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE