1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-CR-201-RCJ-CWH |
|---|---|
| Plaintiff, | **Order to Substitute and Forfeit Property of Keenan Rashawn Cobb** |
| v. | |
| KEENAN RASHAWN COBB, | |
| Defendant. | |

This Court, having read and considered the United States of America's Motion to Substitute and to Forfeit Property of Keenan Rashawn Cobb, finds:

The government has met two of the conditions to substitute and to forfeit the property of Keenan Rashawn Cobb;

The government is now entitled to, and should, reduce the property to the possession of the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the following asset is substituted and is forfeited to the United States under Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(C), (p)(1)(D), and (p)(2):

1. $904.00 in U.S. Currency (property).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States will serve Keenan Rashawn Cobb and other individuals or entities that may have an interest in the property;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Keenan Rashawn Cobb, in the aforementioned property is forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

2 of America shall publish for at least thirty (30) consecutive days on the official internet

3 government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

4 describe the forfeited property, state the times under the applicable statute when a petition

5 contesting the forfeiture must be filed, and state the name and contact information for the

6 government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6) and

7 21 U.S.C. § 853(n)(2).

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any

9 individual or entity who claims an interest in the forfeited property must file a petition for a

10 hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21

11 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury

12 under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent

13 of the petitioner's right, title, or interest in the property, the time and circumstances of the

14 petitioner's acquisition of the right, title or interest in the property, any additional facts

15 supporting the petitioner's claim, and the relief sought.

16    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

17 must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

18 Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

19 not sent, no later than sixty (60) days after the first day of the publication on the official

20 internet government forfeiture site, www.forfeiture.gov.

21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

22 petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

23 Attorney's Office at the following address at the time of filing:

24
        Daniel D. Hollingsworth
        Assistant United States Attorney
25      Misty L. Dante
        Assistant United States Attorney
26      501 Las Vegas Boulevard South, Suite 1100
        Las Vegas, Nevada 89101
27

28 / / /

1        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

2   described herein need not be published in the event a Declaration of Forfeiture is issued by

3   the appropriate agency following publication of notice of seizure and intent to

4   administratively forfeit the above-described property.

5        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

6   copies of this Order to all counsel of record.

7        Dated: _____5 — 23_____, 2023.

8

9

10       ROBERT C. JONES

11       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28