**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEENAN RASHAWN COBB,<br><br>Defendant. | 2:11-CR-201-RCJ-CWH<br><br>**Amended Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered Orders of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Keenan Rashawn Cobb to the criminal offenses, imposed an in personam criminal forfeiture money judgment set forth in the Forfeiture Allegation of the Criminal Indictment, and shown by the United States to have the requisite nexus to the offenses to which Keenan Rashawn Cobb pled guilty. Criminal Indictment, ECF No. 10; Memorandum in Support of Plea, ECF No. 19; Change of Plea, ECF No. 20; Orders of Forfeiture, ECF Nos. 23, 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

On March 28, 2023, the government filed a Motion to Substitute and to Forfeit Property under Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p)(1)(C), (p)(1)(D), and (p)(2), ECF No. 36. On May 23, 2023, this Court granted the Motion, ECF No. 39.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 8, 2023, through July 7, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 40.

On June 8, 2023, the United States Attorney's Office served Keenan Rashawn Cobb with copies of the Order to Substitute and Forfeit Property of Keenan Rashawn Cobb through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No.40-1, p. 3-11.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); Fed. R. Crim. P. 32.2(e); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p)(1)(C), (p)(1)(D), and (p)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1. $904.00 in U.S. Currency (property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any of the forfeited property shall be disposed of according to law.

/ / /

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2 copies of this Order to all counsel of record.
3     DATED ___September 12___, 2023.

                                                  _____
                                                ROBERT C. JONES
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, the foregoing Amended Final Order of Forfeiture was filed and served by the CM/ECF system and served the following individual by the stated service method:

**USPS First-Class Mail:**

Keenan Rashawn Cobb
10175 Spring Mountain Rd.
Unit 2159
Las Vegas, NV 89117

/s/ Maritess Recinto
MARITESS RECINTO
Paralegal Specialist
US Attorney's Office

4